IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>Vs.<br><br>JEFFREY WALTER GRAY,<br><br>　　　　　　Defendant. | CASE NO.: 4:24-cr-030<br><br><br>MOTION TO DISMISS COUNTS 1-7 OF THE INDICTMENT |

　　　COMES NOW the Defendant, Jeffrey Gray, by and through undersigned counsel, and pursuant to F.R.C.P 12 states to the Court in support of his Motion to Dismiss Counts 1-7 the following:

1. That On March 20, 2024, a grand jury returned an 8 count indictment against the Defendant.  Counts 1-7 are at issue with this motion.

2. That Title 18 section 2251 states in part, "Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in….with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct…"

3. That the Defendant did not employ, use persuade, induce, entice or coerce any of the minors contained in the indictment to perform any sexually explicit conduct.

4. That Title 18 section 2256(2)(A) states in part, sexually explicit conduct means actual or simulated, iii. masturbation and v. lascivious exhibition of the anus, genitals, or pubic area of any person.

5. That the United States Supreme Court has defined sexually explicit conduct to connote actual depiction of the sex act rather than merely the suggestion that it is occurring. Simulated sexual intercourse is not sexual intercourse that is merely suggested, but rather

sexual intercourse that is explicitly portrayed, even though it may not actually have occurred. *United States v. Williams*, 553 U.S. 285 (S.Ct. 2008).

6. That a review of Rule 16 materials does not support the indictment for Sexual Exploitation or that the Government can prove beyond a reasonable doubt the required elements.

7. That the evidence which the Government has presented in discovery does not support the indictment or attempt for a conviction for Attempted Sexual Exploitation of a Child.

8. That a detailed brief will be subsequently filed in this case.

WHEREFORE, the Defendant respectfully requests that this Court grant his motion to dismiss counts 1-7 for Sexual Exploitation and Attempted Sexual Exploitation of a Child, along with such other and further relief as the Court deems just and proper in the premises.

RESPECTFULLY SUBMITTED:

/s/ Aaron D. Hamrock
Aaron D. Hamrock (AT0003107)
McCARTHY & HAMROCK, P.C.
1200 Valley West Drive, Ste. 400
West Des Moines, IA 50266
PH: (515) 279-9700
FAX: (515) 279-8355
EMAIL: aaron@mccarthyandhamrock.com
ATTORNEY FOR DEFENDANT.

Original Filed Electronically.

Electronically Copied to:

Kyle J. Essley
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on June 11, 2024.

By:  ☐ U.S. Mail           ☐ FAX
     ☐ Hand Delivered      ☐ Overnight Courier
     ☐ Federal Express     ☒ Other: Electronically

Signature: _____/s/ Amanda M. Neff_____