IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Vs.<br><br>JEFFREY WALTER GRAY,<br><br>Defendant. | CASE NO.: 4:24-cr-030<br><br><br>MOTION TO CONTINUE JURY TRIAL AND EXTEND PLEA & MOTION DEADLINES |

COMES NOW the Defendant, Jeffrey Gray, by and through undersigned counsel, and hereby requests that this Court continue the jury trial and extend the plea and motion deadlines, and in support thereof states the following:

1. That Defendant's Plea Entry deadline is June 21, 2024.

2. That jury trial is set to begin on July 29, 2024.

3. That the undersigned counsel has spoken to Mr. Gray and has discussed a continuance and his speedy trial rights.

4. That Mr. Gray understands his rights and is waiving his speedy trial rights. He also understands the trial will be held outside the original speedy trial calculations.

5. That Kyle Essley of the US Attorney's Office does not object to said continuance.

6. That a continuance will not prejudice either party.

7. That the parties are requesting a trial set to begin on September 23, 2024.

WHEREFORE, the Defendant respectfully requests that this Court continue the jury trial to September 23, 2024, extend the plea and motion deadlines, and any and all applicable deadlines, along with such other and further relief as the Court deems just and proper in the premises.

RESPECTFULLY SUBMITTED:

/s/ Aaron D. Hamrock
Aaron D. Hamrock (AT0003107)
McCARTHY & HAMROCK, P.C.
1200 Valley West Drive, Ste. 400
West Des Moines, IA 50266
PH: (515) 279-9700
FAX: (515) 279-8355
EMAIL: aaron@mccarthyandhamrock.com
ATTORNEY FOR DEFENDANT.

Original Filed Electronically.

Electronically Copied to:

Kyle J. Essley
Assistant United States Attorney

| **CERTIFICATE OF SERVICE** |
| --- |
| The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on June 21, 2024. |
| By: ☐ U.S. Mail        ☐ FAX<br>     ☐ Hand Delivered   ☐ Overnight Courier<br>     ☐ Federal Express  ☒ Other: <u>Electronically</u> |
| Signature: _____/s/ Amanda M. Neff_____ |