## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge

| Case No. 4:24-cr-00030-SHL-HCA | : | Clerk's Court Minutes – Motion Hearing |

| Plaintiff(s) | : | Defendant(s) |
|---|---|---|
| United States of America | : | Jeffrey Walter Gray |

Plaintiff(s) Counsel: Kyle Essley

Defendant(s) Counsel: Aaron D. Hamrock

| Court Reporter: Tonya Gerke | : | Interpreter: N/A |

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Defendant's Motion to Dismiss Counts 1-7 (ECF 30) | | : | X |

Proceedings:

The defendant is personally present and represented by retained counsel Aaron D. Hamrock. The Government is represented by Assistant United States Attorney Kyle Essley. The Court commences the Motion Hearing on Defendant's Motion to Dismiss Counts 1-7 of the Indictment (ECF 30). Defense counsel argues in support of the Motion. The Government moves to seal Defendant's Brief (ECF 38). The Court grants the motion. Defendant's Brief (ECF 38) shall be sealed. The Government argues in resistance of Defendant's Motion. The Court considers the Motion fully submitted and will issue a ruling as promptly as possible. Court adjourns.

Time Start: 9:02 a.m.
Time End:  9:21 a.m.
Date: July 24, 2024

/s/ M. Mast
_____
Deputy Clerk